UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

[ ] AMENDED

19-11895

In re: SEAN DARNELL ANDERSON          Case No.

Debtor(s).          Chapter 13

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION
RECEIVED
AUG 29 2019
KATHLEEN A. FORD
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**CHAPTER 13 PLAN**

ADDRESS: (1) 1000 W Forest Ave    (2) _____
Jackson TN 38301

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ 100.00  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or (X) monthly, by:

( ) PAYROLL DEDUCTION from: _____   OR  (X) DIRECT PAY.

DEBTOR (2) shall pay $ _____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) PAYROLL DEDUCTION from: _____   OR  ( ) DIRECT PAY.

1. THIS PLAN [Rule 3015.1 Notice]:

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ( ) YES (✓) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]   ( ) YES (✓) NO

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ( ) YES (✓) NO

2. ADMINISTRATIVE EXPENSES: Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. AUTO INSURANCE: ( ) Included in Plan; OR ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. DOMESTIC SUPPORT: Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, OR ( ) Trustee to:   Monthly Plan Payment:

   _____; ongoing payment begins _____   $ _____
   Approximate arrearage: _____   $ _____
   _____; ongoing payment begins _____   $ _____
   Approximate arrearage: _____   $ _____

5. PRIORITY CLAIMS:
   _____ Amount: _____   $ _____
   _____ Amount: _____   $ _____

6. HOME MORTGAGE CLAIMS: ( ) Paid directly by Debtor(s); OR ( ) Paid by Trustee to:

   _____; ongoing payment begins _____   $ _____
   Approximate arrearage: _____ Interest _____%   $ _____
   _____; ongoing payment begins _____   $ _____
   Approximate arrearage: _____ Interest _____%   $ _____

7. SECURED CLAIMS:
   [Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest:   Monthly Plan Payment:
   _____   _____   0 %   $ 60.00
   _____   _____   ___ %   $ _____
   _____   _____   ___ %   $ _____

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain lien 11 U.S.C. §1325(a)]　　Value of Collateral:　　Rate of Interest:　　Monthly Plan Payment:

   TITLE MAX　　　　$3800.07 TRAILBLAZER　　0 %　　$60.00
   　　　　　　　　　Chevy　　　　　　　　　% 　　$
   　　　　　　　　　　　　　　　　　　　　% 　　$

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   　　　　　　　　　　　Collateral: _____
   　　　　　　　　　　　Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

    　　　　　　Amount:　　Rate of Interest:　　Monthly Plan Payment:
    　　　　　　　　　　　　　% 　　$
    　　　　　　　　　　　　　% 　　$
    　　　　　　　　　　　　　% 　　$

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

    _____　( ) Not provided for　OR ( ) General unsecured creditor
    _____　( ) Not provided for　OR ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    (X) 5 %, OR,

    (X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

    _____　( ) Assumes　OR ( ) Rejects.
    _____　( ) Assumes　OR ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately 36 months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

_/s/_ _____　DATE: 08-29-2019
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)